**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : |
| | :     Chapter 13 |
| Allison E. Gundel | |
| | :     Case No 26-11989-djb |
| Debtor | |
| | : |

O R D E R

AND NOW, this _____ day of _____, 2026, upon consideration of

the within Motion to Extend Time to File Required Documents, it is hereby:

ORDERED that the Motion is GRANTED, and the Debtor is given an extension to file

all required documents with the Court on or before June 3, 2026.

_____
HONORABLE DEREK J. BAKER
UNITED STATES BANKRUPTCY JUDGE