United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                    Case No. 26-11989-djb

Allison E Gundel                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                        User: admin                              Page 1 of 1

Date Rcvd: Jun 09, 2026                     Form ID: pdf900                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2026:**

**Recip ID              Recipient Name and Address**
db                  +  Allison E Gundel, 116 Live Oak Drive, Quakertown, PA 18951-1069

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2026 at the address(es) listed below:**

**Name**                      **Email Address**

BRAD J. SADEK
                              on behalf of Debtor Allison E Gundel brad@sadeklaw.com
                              bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com

KENNETH E. WEST
                              ecfemails@ph13trustee.com  philaecf@gmail.com

MAGGIE S SOBOLESKI
                              on behalf of Creditor MIDFIRST BANK msoboleski@kmllawgroup.com  3532@notices.nextchapterbk.com

United States Trustee
                              USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

IN RE:                                          :
    Allison E. Gundel                    :        Chapter 13
                                                :        Case No 26-11989-djb
Debtor                                          :
                                                :
_____

O R D E R

AND NOW, this _____ day of _____, 2026, upon consideration of

the within Motion to Extend Time to File Required Documents, it is hereby:

ORDERED that the Motion is GRANTED, and the Debtor is given an extension to file

all required documents with the Court on or before June 17, 2026

**Date: June 9, 2026**

_____
HONORABLE DEREK J. BAKER
UNITED STATES BANKRUPTCY JUDGE