**LEHIGH VALLEY HOSPITAL**
Employee: ALLISON GUNDEL
Colleague ID: 230931
Check Date: 04/02/2026
Pay Period: 03/15/2026 - 03/28/2026

| | |
|---|---|
| Gross Pay | $4,484.16 |
| Pre Tax Deductions | $440.42 |
| Employee Taxes | $1,061.23 |
| Post Tax Deductions | $84.86 |
| **Net Pay** | **$2,897.65** |

## EARNINGS

| Type | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|
| PTO | 0 | | | 16.00 | $896.96 |
| Salary | 80 | | $4,484.16 | 536.00 | $30,043.68 |
| Sick | 0 | | | 8.00 | $448.48 |

## EMPLOYEE TAXES

| Tax Type | Amount | YTD |
|---|---|---|
| OASDI | $257.06 | $1,799.44 |
| Medicare | $60.12 | $420.84 |
| Federal Withholding | $550.01 | $3,850.07 |
| State Tax - PA | $126.90 | $888.30 |
| SUI-Colleague Paid - PA | $3.14 | $21.97 |
| City Tax - QKRTN | $62.00 | $434.00 |
| PA LST - QKRTN | $2.00 | $14.00 |

## PRE TAX DEDUCTIONS

| Deduction Type | Amount | YTD |
|---|---|---|
| 403(b) Employee | $89.69 | $627.83 |
| Benefits Comprehensive Dental Employee | $32.40 | $226.80 |
| Benefits Vision Employee Buy Up Plan | $9.76 | $68.32 |
| Benefits Flexible Spending Account Health | $126.92 | $888.44 |
| LVHN Health Plan PPO - EE | $181.65 | $1,271.55 |

## POST TAX DEDUCTIONS

| Deduction Type | Amount | YTD |
|---|---|---|
| 403(b) Loan (Employee Loan 13) | $84.86 | $594.02 |

## EMPLOYER PAID BENEFITS

| Benefit Type | Amount | YTD |
|---|---|---|
| 403(b) Employer Match | $44.85 | $313.95 |
| Benefits Basic Life Employer | $7.02 | $49.14 |
| GTL | $12.74 | $89.18 |
| Benefits Long Term Disability | $14.93 | $104.51 |
| LVHN Health Plan PPO - ER | $648.62 | $4,540.34 |
| Benefits Short Term Disability | $12.56 | $87.92 |

## PAYMENT INFORMATION

| Bank Account | Amount |
|---|---|
| Bank Of America (****2496) | $847.65 |
| Chime (****2872) | $200.00 |
| MoneyLion (****1731) | $350.00 |
| Citadel Credit Union (****6121) | $1,500.00 |

## LEHIGH VALLEY HOSPITAL

**Employee: ALLISON GUNDEL**
**Colleague ID: 230931**
**Check Date: 04/16/2026**
**Pay Period: 03/29/2026 - 04/11/2026**

| | |
|---|---|
| **Gross Pay** | $4,484.16 |
| **Pre Tax Deductions** | $440.42 |
| **Employee Taxes** | $1,061.23 |
| **Post Tax Deductions** | $84.86 |
| **Net Pay** | **$2,897.65** |

### EARNINGS

| Type | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|
| PTO | 0 | | | 16.00 | $896.96 |
| Salary | 80 | | $4,484.16 | 616.00 | $34,527.84 |
| Sick | 0 | | | 8.00 | $448.48 |

### EMPLOYEE TAXES

| Tax Type | Amount | YTD |
|---|---|---|
| OASDI | $257.06 | $2,056.50 |
| Medicare | $60.12 | $480.96 |
| Federal Withholding | $550.01 | $4,400.08 |
| State Tax - PA | $126.90 | $1,015.20 |
| SUI-Colleague Paid - PA | $3.14 | $25.11 |
| City Tax - QKRTN | $62.00 | $496.00 |
| PA LST - QKRTN | $2.00 | $16.00 |

### PRE TAX DEDUCTIONS

| Deduction Type | Amount | YTD |
|---|---|---|
| 403(b) Employee | $89.69 | $717.52 |
| Benefits Comprehensive Dental Employee | $32.40 | $259.20 |
| Benefits Vision Employee Buy Up Plan | $9.76 | $78.08 |
| Benefits Flexible Spending Account Health | $126.92 | $1,015.36 |
| LVHN Health Plan PPO - EE | $181.65 | $1,453.20 |

### POST TAX DEDUCTIONS

| Deduction Type | Amount | YTD |
|---|---|---|
| 403(b) Loan (Employee Loan 13) | $84.86 | $678.88 |

### EMPLOYER PAID BENEFITS

| Benefit Type | Amount | YTD |
|---|---|---|
| 403(b) Employer Match | $44.85 | $358.80 |
| Benefits Basic Life Employer | $7.02 | $56.16 |
| GTL | $12.74 | $101.92 |
| Benefits Long Term Disability | $14.93 | $119.44 |
| LVHN Health Plan PPO - ER | $648.62 | $5,188.96 |
| Benefits Short Term Disability | $12.56 | $100.48 |

### PAYMENT INFORMATION

| Bank Account | Amount |
|---|---|
| Bank Of America (****2496) | $847.65 |
| Chime (****2872) | $200.00 |
| MoneyLion (****1731) | $350.00 |
| Citadel Credit Union (****6121) | $1,500.00 |

## LEHIGH VALLEY HOSPITAL

**Employee: ALLISON GUNDEL**
**Colleague ID: 230931**
**Check Date: 03/05/2026**
**Pay Period: 02/15/2026 - 02/28/2026**

| | |
|---|---|
| **Gross Pay** | $4,484.16 |
| **Pre Tax Deductions** | $440.42 |
| **Employee Taxes** | $1,061.22 |
| **Post Tax Deductions** | $982.51 |
| **Net Pay** | **$2,000.00** |

### EARNINGS

| Type | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|
| PTO | 0 | | | 16.00 | $896.96 |
| Salary | 80 | | $4,484.16 | 376.00 | $21,075.36 |
| Sick | 0 | | | 8.00 | $448.48 |

### EMPLOYEE TAXES

| Tax Type | Amount | YTD |
|---|---|---|
| OASDI | $257.06 | $1,285.31 |
| Medicare | $60.12 | $300.60 |
| Federal Withholding | $550.01 | $2,750.05 |
| State Tax - PA | $126.90 | $634.50 |
| SUI-Colleague Paid - PA | $3.13 | $15.69 |
| City Tax - QKRTN | $62.00 | $310.00 |
| PA LST - QKRTN | $2.00 | $10.00 |

### PRE TAX DEDUCTIONS

| Deduction Type | Amount | YTD |
|---|---|---|
| 403(b) Employee | $89.69 | $448.45 |
| Benefits Comprehensive Dental Employee | $32.40 | $162.00 |
| Benefits Vision Employee Buy Up Plan | $9.76 | $48.80 |
| Benefits Flexible Spending Account Health | $126.92 | $634.60 |
| LVHN Health Plan PPO - EE | $181.65 | $908.25 |

### POST TAX DEDUCTIONS

| Deduction Type | Amount | YTD |
|---|---|---|
| 403(b) Loan (Employee Loan 13) | $84.86 | $424.30 |
| Federal Tax Levy (A4262135) | $897.65 | $4,488.25 |

### EMPLOYER PAID BENEFITS

| Benefit Type | Amount | YTD |
|---|---|---|
| 403(b) Employer Match | $44.85 | $224.25 |
| Benefits Basic Life Employer | $7.02 | $35.10 |
| GTL | $12.74 | $63.70 |
| Benefits Long Term Disability | $14.93 | $74.65 |
| LVHN Health Plan PPO - ER | $648.62 | $3,243.10 |
| Benefits Short Term Disability | $12.56 | $62.80 |

### PAYMENT INFORMATION

| Bank Account | Amount |
|---|---|
| Bank Of America (****2496) | $0.00 |
| Citadel Credit Union (****6121) | $2,000.00 |

## LEHIGH VALLEY HOSPITAL

**Employee: ALLISON GUNDEL**
**Colleague ID: 230931**
**Check Date: 03/19/2026**
**Pay Period: 03/01/2026 - 03/14/2026**

| | |
|---|---|
| **Gross Pay** | $4,484.16 |
| **Pre Tax Deductions** | $440.42 |
| **Employee Taxes** | $1,061.24 |
| **Post Tax Deductions** | $982.51 |
| **Net Pay** | **$2,000.00** |

### EARNINGS

| Type | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|
| PTO | 0 | | | 16.00 | $896.96 |
| Salary | 80 | | $4,484.16 | 456.00 | $25,559.52 |
| Sick | 0 | | | 8.00 | $448.48 |

### EMPLOYEE TAXES

| Tax Type | Amount | YTD |
|---|---|---|
| OASDI | $257.07 | $1,542.38 |
| Medicare | $60.12 | $360.72 |
| Federal Withholding | $550.01 | $3,300.06 |
| State Tax - PA | $126.90 | $761.40 |
| SUI-Colleague Paid - PA | $3.14 | $18.83 |
| City Tax - QKRTN | $62.00 | $372.00 |
| PA LST - QKRTN | $2.00 | $12.00 |

### PRE TAX DEDUCTIONS

| Deduction Type | Amount | YTD |
|---|---|---|
| 403(b) Employee | $89.69 | $538.14 |
| Benefits Comprehensive Dental Employee | $32.40 | $194.40 |
| Benefits Vision Employee Buy Up Plan | $9.76 | $58.56 |
| Benefits Flexible Spending Account Health | $126.92 | $761.52 |
| LVHN Health Plan PPO - EE | $181.65 | $1,089.90 |

### POST TAX DEDUCTIONS

| Deduction Type | Amount | YTD |
|---|---|---|
| 403(b) Loan (Employee Loan 13) | $84.86 | $509.16 |
| Federal Tax Levy (A4262135) | $897.65 | $5,385.90 |

### EMPLOYER PAID BENEFITS

| Benefit Type | Amount | YTD |
|---|---|---|
| 403(b) Employer Match | $44.85 | $269.10 |
| Benefits Basic Life Employer | $7.02 | $42.12 |
| GTL | $12.74 | $76.44 |
| Benefits Long Term Disability | $14.93 | $89.58 |
| LVHN Health Plan PPO - ER | $648.62 | $3,891.72 |
| Benefits Short Term Disability | $12.56 | $75.36 |

### PAYMENT INFORMATION

| Bank Account | Amount |
|---|---|
| Bank Of America (****2496) | $0.00 |
| Citadel Credit Union (****6121) | $2,000.00 |

## LEHIGH VALLEY HOSPITAL

**Employee:** ALLISON GUNDEL
**Colleague ID:** 230931
**Check Date:** 02/05/2026
**Pay Period:** 01/18/2026 - 01/31/2026

| | |
|---|---|
| **Gross Pay** | $4,484.16 |
| **Pre Tax Deductions** | $440.42 |
| **Employee Taxes** | $1,061.23 |
| **Post Tax Deductions** | $982.51 |
| **Net Pay** | **$2,000.00** |

### EARNINGS

| Type | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|
| PTO | 0 | 56.06 | $0.00 | 16.00 | $896.96 |
| Salary | 72 | 56.06 | $4,035.68 | 216.00 | $12,107.04 |
| Sick | 8 | 56.06 | $448.48 | 8.00 | $448.48 |

### EMPLOYEE TAXES

| Tax Type | Amount | YTD |
|---|---|---|
| OASDI | $257.06 | $771.19 |
| Medicare | $60.12 | $180.36 |
| Federal Withholding | $550.01 | $1,650.03 |
| State Tax - PA | $126.90 | $380.70 |
| SUI-Colleague Paid - PA | $3.14 | $9.42 |
| City Tax - QKRTN | $62.00 | $186.00 |
| PA LST - QKRTN | $2.00 | $6.00 |

### PRE TAX DEDUCTIONS

| Deduction Type | Amount | YTD |
|---|---|---|
| 403(b) Employee | $89.69 | $269.07 |
| Benefits Comprehensive Dental Employee | $32.40 | $97.20 |
| Benefits Vision Employee Buy Up Plan | $9.76 | $29.28 |
| Benefits Flexible Spending Account Health | $126.92 | $380.76 |
| LVHN Health Plan PPO - EE | $181.65 | $544.95 |

### POST TAX DEDUCTIONS

| Deduction Type | Amount | YTD |
|---|---|---|
| 403(b) Loan (Employee Loan 13) | $84.86 | $254.58 |
| Federal Tax Levy (A4262135) | $897.65 | $2,692.95 |

### EMPLOYER PAID BENEFITS

| Benefit Type | Amount | YTD |
|---|---|---|
| 403(b) Employer Match | $44.85 | $134.55 |
| Benefits Basic Life Employer | $7.02 | $21.06 |
| GTL | $12.74 | $38.22 |
| Benefits Long Term Disability | $14.93 | $44.79 |
| LVHN Health Plan PPO - ER | $648.62 | $1,945.86 |
| Benefits Short Term Disability | $12.56 | $37.68 |

### PAYMENT INFORMATION

| Bank Account | Amount |
|---|---|
| Bank Of America (****2496) | $0.00 |
| Citadel Credit Union (****6121) | $2,000.00 |

# LEHIGH VALLEY HOSPITAL

**Employee: ALLISON GUNDEL**
**Colleague ID: 230931**
**Check Date: 02/19/2026**
**Pay Period: 02/01/2026 - 02/14/2026**

| | |
|---|---|
| **Gross Pay** | $4,484.16 |
| **Pre Tax Deductions** | $440.42 |
| **Employee Taxes** | $1,061.23 |
| **Post Tax Deductions** | $982.51 |
| **Net Pay** | **$2,000.00** |

## EARNINGS

| Type | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|
| PTO | 0 | | | 16.00 | $896.96 |
| Salary | 80 | | $4,484.16 | 296.00 | $16,591.20 |
| Sick | 0 | | | 8.00 | $448.48 |

## EMPLOYEE TAXES

| Tax Type | Amount | YTD |
|---|---|---|
| OASDI | $257.06 | $1,028.25 |
| Medicare | $60.12 | $240.48 |
| Federal Withholding | $550.01 | $2,200.04 |
| State Tax - PA | $126.90 | $507.60 |
| SUI-Colleague Paid - PA | $3.14 | $12.56 |
| City Tax - QKRTN | $62.00 | $248.00 |
| PA LST - QKRTN | $2.00 | $8.00 |

## PRE TAX DEDUCTIONS

| Deduction Type | Amount | YTD |
|---|---|---|
| 403(b) Employee | $89.69 | $358.76 |
| Benefits Comprehensive Dental Employee | $32.40 | $129.60 |
| Benefits Vision Employee Buy Up Plan | $9.76 | $39.04 |
| Benefits Flexible Spending Account Health | $126.92 | $507.68 |
| LVHN Health Plan PPO - EE | $181.65 | $726.60 |

## POST TAX DEDUCTIONS

| Deduction Type | Amount | YTD |
|---|---|---|
| 403(b) Loan (Employee Loan 13) | $84.86 | $339.44 |
| Federal Tax Levy (A4262135) | $897.65 | $3,590.60 |

## EMPLOYER PAID BENEFITS

| Benefit Type | Amount | YTD |
|---|---|---|
| 403(b) Employer Match | $44.85 | $179.40 |
| Benefits Basic Life Employer | $7.02 | $28.08 |
| GTL | $12.74 | $50.96 |
| Benefits Long Term Disability | $14.93 | $59.72 |
| LVHN Health Plan PPO - ER | $648.62 | $2,594.48 |
| Benefits Short Term Disability | $12.56 | $50.24 |

## PAYMENT INFORMATION

| Bank Account | Amount |
|---|---|
| Bank Of America (****2496) | $0.00 |
| Citadel Credit Union (****6121) | $2,000.00 |