**LEHIGH VALLEY HOSPITAL**

**Employee:** ALLISON GUNDEL

**Colleague ID:** 230931

**Check Date:** 04/30/2026

**Pay Period:** 04/12/2026 - 04/25/2026                                   x`

| | |
|---|---|
| **Gross Pay** | $4,484.16 |
| **Pre Tax Deductions** | $440.42 |
| **Employee Taxes** | $1,061.23 |
| **Post Tax Deductions** | $98.57 |
| **Net Pay** | **$2,883.94** |

### EARNINGS

| Type | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|
| PTO | 8.00 | | $896.96 | 24.00 | $1,345.44 |
| Salary | 72.00 | | $4,035.68 | 688.00 | $38,563.52 |
| Sick | 0 | | | 8.00 | $448.48 |

### EMPLOYEE TAXES

| Tax Type | Amount | YTD |
|---|---|---|
| OASDI | $257.06 | $2,313.56 |
| Medicare | $60.12 | $541.08 |
| Federal Withholding | $550.01 | $4,950.09 |
| State Tax - PA | $126.90 | $1,142.10 |
| SUI-Colleague Paid - PA | $3.14 | $28.25 |
| City Tax - QKRTN | $62.00 | $558.00 |
| PA LST - QKRTN | $2.00 | $18.00 |

### PRE TAX DEDUCTIONS

| Deduction Type | Amount | YTD |
|---|---|---|
| 403(b) Employee | $89.69 | $807.21 |
| Benefits Comprehensive Dental Employee | $32.40 | $291.60 |
| Benefits Vision Employee Buy Up Plan | $9.76 | $87.84 |
| Benefits Flexible Spending Account Health | $126.92 | $1,142.28 |
| LVHN Health Plan PPO - EE | $181.65 | $1,634.85 |

### POST TAX DEDUCTIONS

| Deduction Type | Amount | YTD |
|---|---|---|
| Voluntary Flexixable Spending Repayment Health | $13.71 | $13.71 |
| 403(b) Loan (Employee Loan 13) | $84.86 | $58.00 |

### EMPLOYER PAID BENEFITS

| Benefit Type | Amount | YTD |
|---|---|---|
| 403(b) Employer Match | $44.85 | $403.65 |
| Benefits Basic Life Employer | $7.02 | $63.18 |
| GTL | $12.74 | $114.66 |
| Benefits Long Term Disability | $14.93 | $134.37 |
| LVHN Health Plan PPO - ER | $648.62 | $5,837.58 |
| Benefits Short Term Disability | $12.56 | $113.04 |

### PAYMENT INFORMATION

| Bank Account | Amount |
|---|---|
| Bank Of America (****2496) | $833.94 |
| Chime (****2872) $200.00 | $200.00 |
| MoneyLion (****1731) | $350.00 |
| Citadel Credit Union (****6121) | $1,500.00 |