United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 26-11989-djb
Allison E Gundel Chapter 13
Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Sep 17, 2026 | Form ID: pdf900 | Total Noticed: 56 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Allison E Gundel, 116 Live Oak Drive, Quakertown, PA 18951-1069 |
| 15139547 | | Capitalone, Capital, 1 Attn Bankruptcy, Salt Lake City, UT 84130-0285 |
| 15139543 | + | Chex Systems Inc., PO Box 583399, Minneapolis, MN 55458-3399 |
| 15149947 | + | MOHELA on behalf of, PHEAA, PO BOX 8147, Harrisburg, PA 17105-8147 |
| 15139537 | + | Pennsylvania Office of Attorney General, Attn: Financial Enforcement Section, Strawberry Square, 15th Floor, Harrisburg, PA 17120-0001 |
| 15139570 | | Webbank/onemain/fis, PO Box 3316, Evansville, IN 47732-3316 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 18 2026 00:45:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 18 2026 00:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15139544 | | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 18 2026 00:53:15 | Affirm, Inc., Attn: Bankruptcy, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 15139545 | | Email/PDF: bncnotices@becket-lee.com | Sep 18 2026 00:53:14 | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 15164679 | + | Email/Text: bkattorneynotices@gmail.com | Sep 18 2026 00:45:00 | Brandon S. Lefkowitz, 29777 Telegraph Road, Suite 2440, Southfield, MI 48034-7667 |
| 15139541 | | Email/Text: megan.harper@phila.gov | Sep 18 2026 00:45:00 | City of Philadelphia Law Department, 1401 John F. Kennedy Blvd., Philadelphia, PA 19102 |
| 15164680 | + | Email/Text: opportunitynotices@gmail.com | Sep 18 2026 00:45:00 | Capital Community Bank, c/o Opportunity Financial, LLC, P.O. Box 5040, Fredericksburg, VA 22403-0640 |
| 15139546 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 18 2026 00:53:19 | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15144035 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 18 2026 00:53:14 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15139548 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 18 2026 00:53:26 | Chase Card Services, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 15139549 | ^ | MEBN | Sep 18 2026 00:40:59 | Cherry Technologies Inc, Attn: Bankruptcy, 2261 Market St # 4869, San Francisco, CA 94114-1612 |
| 15139542 | + | Email/Text: bankruptcy@philapark.org | Sep 18 2026 00:45:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15139550 | + | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Sep 18 2026 00:45:00 | EZ Pass NJ, P.O. Box 4973, Trenton, NJ 08650-4973 |
| 15139534 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 18 2026 00:45:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15158065 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 18 2026 00:45:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15151379 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 18 2026 00:45:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15162542 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 18 2026 00:53:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15147830 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 18 2026 00:53:14 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15149892 | ^ | MEBN | Sep 18 2026 00:40:51 | MIDFIRST BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15139552 | | Email/Text: ml-ebn@missionlane.com | Sep 18 2026 00:44:00 | Mission Lane Tab Bank, PO Box 105286, Atlanta, GA 30348-5286 |
| 15139553 | | Email/Text: EBN@Mohela.com | Sep 18 2026 00:45:00 | Mohela/dofed, MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 15157340 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Sep 18 2026 00:53:21 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 15139551 | | Email/PDF: ais.midfirst.ebn@aisinfo.com | Sep 18 2026 00:53:14 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 15139554 | | Email/PDF: Bankruptcy_Prod@mohela.com | Sep 18 2026 00:53:26 | Mohela/navient, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 15157125 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Sep 18 2026 00:45:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 15161483 | + | Email/PDF: cbp@omf.com | Sep 18 2026 00:53:14 | OneMain Financial Group, LLC, PO Box 981037, Boston, MA 02298-1037 |
| 15139555 | | Email/Text: opportunitynotices@gmail.com | Sep 18 2026 00:45:00 | OppLoans, Attn: Bankruptcy, PO Box 5040, Fredericksburg, VA 22403-0640 |
| 15164431 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 18 2026 00:53:26 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 15139535 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 18 2026 00:45:00 | Pennsylvania Department of Revenue, Attn: Bankruptcy Division, Department 280946, Harrisburg, PA 17128-0001 |
| 15139538 | ^ | MEBN | Sep 18 2026 00:41:04 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15139556 | ^ | MEBN | Sep 18 2026 00:41:06 | Perpay Inc/Celtic, Attn: Bankruptcy, 2400 Market St Ste 300, Philadelphia, PA 19103-3033 |
| 15139540 | + | Email/Text: bankruptcy@philapark.org | Sep 18 2026 00:45:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 15139557 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 18 2026 00:53:14 | Plusfinance/cws, Attn: Bankruptcy, PO Box 9203, Old Bethpage, NY 11804-9003 |
| 15160588 | | Email/Text: bnc-quantum@quantum3group.com | Sep 18 2026 00:45:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15149119 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 18 2026 00:45:00 | SANTANDER CONSUMER USA Inc., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 15139560 | | Email/Text: credit-bureau-reporting-disputes@sezzle.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Sep 18 2026 00:44:00 | Sezzle, Attn: Bankruptcy, 700 Nicollet Mall Ste 640, Minneapolis, MN 55402-2040 |
| 15139559 | | Email/Text: enotifications@santanderconsumerusa.com | Sep 18 2026 00:45:00 | Santander Bank, Santander Consumer USA Inc., Attn: Bankr, PO Box 961245, Fort Worth, TX 76161-0244 |
| 15163359 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 18 2026 00:53:21 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15139561 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 18 2026 00:53:19 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15139562 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 18 2026 00:53:27 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15139563 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 18 2026 00:53:26 | Synchrony Bank/Tjx, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 15139564 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 18 2026 00:53:26 | Synchrony/CareCredit, Attn: Bankruptcy Dept, PO Box 965065, Orlando, FL 32896-5065 |
| 15139565 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 18 2026 00:53:14 | Synchrony/Paypal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 15139566 | | Email/Text: bncmail@w-legal.com | Sep 18 2026 00:45:00 | Target, c/o Financial & Retail Srvs Mailstop BT, PO Box 9475, Minneapolis, MN 55440-9475 |
| 15139567 | | Email/Text: bncmail@w-legal.com | Sep 18 2026 00:45:00 | Target Nb, C/O Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 15139568 | ^ | MEBN | Sep 18 2026 00:40:58 | Telecom Selfreported, PO Box 4500, Allen, TX 75013-1311 |
| 15139539 | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 18 2026 00:45:00 | U.S. Attorney's Office, Attn: Civil Process Clerk, 615 Chestnut Street, 12th Floor, Philadelphia, PA 19106-4404 |
| 15139536 | ^ | MEBN | Sep 18 2026 00:40:48 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 15139569 | | Email/Text: bknotice@upgrade.com | Sep 18 2026 00:44:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery St Fl 23, San Francisco, CA 94111-3305 |
| 15142444 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Sep 18 2026 00:53:14 | U.S. Department of Housing and Urban Development, The Strawbridge Building, 801 Market Street, 12th Floor, Philadelphia, PA 19107 |

TOTAL: 50

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15139558 | | Portfolio Recovery Associates Ll |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Allison E Gundel brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MAGGIE S SOBOLESKI | on behalf of Creditor MIDFIRST BANK msoboleski@kmllawgroup.com 3532@notices.nextchapterbk.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>ALLISON E GUNDEL<br><br>Debtor | Chapter 13<br><br>Bankruptcy No. 26-11989-DJB |

ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: September 17, 2026**

Honorable Derek J. Baker
Bankruptcy Judge